UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDRICK HEINZ,                                             Civil Action No.05-73470

                Plaintiff,               District Judge George Caram Steeh
vs.                                                         Magistrate Judge Virginia M. Morgan

TESCHENDORF, et al,
                Defendants.
_____/

## ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL

Before the Court is Plaintiff's Motion for Appointment of Counsel. A prisoner has no constitutional or statutory right to the appointment of counsel in a civil rights case. *See*, *e.g.*, Lavado v. Keohane, 992 F.2d 601, 605-06 (6th Cir. 1993). The decision whether to appoint counsel is left to the discretion of the court. Typically, this court appoints counsel in a prisoner civil rights case only under exceptional circumstances and, in any event, only after the claims have survived a dispositive motion. There are no exceptional circumstances in this case that would warrant the appointment of counsel at this time, and plaintiff's claims have not yet been tested by a dispositive motion. Accordingly, the court will deny plaintiff's request without prejudice.

        IT IS HEREBY ORDERED that the motion is DENIED.

        SO ORDERED.


Dated: January 3, 2006                      s/ Virginia M. Morgan
                                               VIRGINIA M. MORGAN
                                               UNITED STATES MAGISTRATE JUDGE


Copies sent by U. S. Mail and/or electronic means this date to Frederick Heinz and Counsel of Record.